UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

KELLY L. PRESSON,                         Case No. 08-20844

                                       Chapter 7 Proceeding
               Debtor(s).                  Hon. Daniel S. Opperman
_____/

**STATEMENT REGARDING FUNDS TO BE**
**<u>DEPOSITED IN U.S. REGISTRY UNDER $5</u>**

       The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

     (1)     Arizona American Water          $2.72
               Claim No. 5

                                                _____

         TOTAL                                $2.72

DATED: January 26, 2010

                                           /s/ Randall L. Frank
                                           _____
                                           Randall L. Frank (P33189)
                                           Chapter 7 Trustee
                                           310 Davidson Building
                                           P.O. Box 2220
                                           Bay City, Michigan 48707
                                           Telephone: (989) 893-2461
                                           randallfrank@chartermi.net